1088

[No. 29657-8-II.   Division Two.   July 29, 2003.]

MARLENE JONES, *Respondent*, v. THE CITY OF TACOMA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-04146-4, Thomas Felnagle, J., entered November 27, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 50417-7-I.   Division One.   July 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ANDREW SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-05182-9, Carol A. Schapira, J., entered April 29, 2002. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Kennedy, JJ. Now published at 118 Wn. App. 480.

[No. 19490-6-III.   Division Three.   July 31, 2003.]

TERRY P. WYNIA, ET AL., *Appellants*, v. JOSEPH MATHIS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-2-04677-0, James M. Murphy, J., entered August 7, 2000. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Kato, A.C.J., concurred in by Sweeney and Schultheis, JJ.